# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KEARNY INVESTORS S.A.R.L., et al.,

Plaintiffs,

v.

GOLDMAN SACHS & CO., et al.,

Defendants.

Case No. 16-cv-06582-TEH

**ORDER OF RECUSAL**

I hereby recuse myself from the above-entitled action and request that the case be reassigned.

**IT IS SO ORDERED.**

Dated:   11/15/16

_____
THELTON E. HENDERSON
United States District Judge