UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SUNEDISON, INC., SECURITIES LITIGATION
Kearny Investors S.A.R.L., et al. v. Goldman Sachs & )
    Co., et al., N.D. California, C.A. No. 4:16-06582 )    MDL No. 2742

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above-listed action (*Kearny Investors*) on November 17, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Kearny Investors* filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on November 17, 2016, is LIFTED. The action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable P. Kevin Castel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk